1  Adam P. Segal, Esq.
   Nevada Bar No. 6120
2  Bryce C. Loveland, Esq.
   Nevada Bar No. 10132
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
4  100 North City Parkway, Suite 1600
   Las Vegas, NV 89106-4614
5  Telephone: 702.382.2101
   Facsimile: 702.382.8135
6  apsegal@bhfs.com
7  bcloveland@bhfs.com

8  *Attorneys for Defendant Teamsters Local 631 Security Fund for Southern Nevada*

9

10                    UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12  HARRIS LAW FIRM, LLP, a Nevada limited liability     CASE NO.:
13  partnership, dba RICHARD HARRIS LAW FIRM,

14          Plaintiff,

15  v.                                                  **INDEX OF EXHIBITS TO DEFENDANT'S PETITION FOR REMOVAL**

16  NAILA LYNN MARTINEZ, an individual; A&M
    CHIROPRACTIC WELLNESS CENTER, LLC, a
17  Nevada limited liability company, AARGON
    AGENCY, INC., a Nevada corporation dba AARGON
18  COLLECTION AGENCY; APEX MEDICAL
    CENTER, a Nevada corporation; CANYON
19  MEDICAL BILLING, LLC, a Nevada limited liability
    company; ANDREW M. CASH, M.D., P.C., a Nevada
20  Professional Corporation dba DESERT INSTITUTE
    OF SPINE CARE; ELLIS, BANDT, BIRKIN,
21  KOLLINS, & WONG, PROF. CORP., a Nevada
    Professional Corporation dba DESERT
22  RADIOLOGISTS; ENRICO FAZZINI, M.D., an
    individual; DANIEL L. BURKHEAD, M.D., LTD., a
23  Nevada corporation dba INNOVATIVE PAIN CARE
    CENTER; WOODWARD AVE., LLC, a Nevada
24  limited liability company dba INNOVATIVE
    PROCEDURAL AND SURGICAL CENTER; LAS
25  VEGAS PHARMACY, INC. a Nevada corporation;
    MD SPINE SOLUTIONS, LLC, a California limited
26  liability company dba MD LABS; PLUSFOUR, INC.,
    a Nevada corporation; RAXO DRUGS, INC., a
27  Nevada corporation; SHADOW EMERGENCY
    PHYSICIANS, PLLC, a Nevada professional limited
28

16094275                              1

liability company; SMART ASSET INVESTMENTS, LLC, a Nevada limited liability company; VALLEY HEALTH SYSTEM, LLC, a Delaware limited liability company dba SPRING VALLEY HOSPITAL MEDICAL CENTER; TEAMSTERS LOCAL 631 TRUST FUNDS, an unknown entity; THEODORE M. THORP M.D., PROF CORP., a Nevada Professional Corporation; MATTHEW G. ROACH, D.C., PROF. CORP, a Nevada corporation dba WESTON CHIROPRACTIC; WILLIAM S. MUIR, M.D., LTD., a Nevada corporation dba WILLIAM MUIR, MD SPINE SURGERY; and DOES I through X, inclusive

Defendants.

1. Exhibit A – Summons Issued to Teamsters Local 631 Trust Funds

2. Exhibit B – Complaint in Interpleader

16094275

2

# EXHIBIT A – SUMMONS ISSUED TO TEAMSTERS LOCAL 631 TRUST FUNDS

Electronically Issued
10/4/2017 12:34 PM

SUMM

# District Court
## CLARK COUNTY, NEVADA

| | |
|---|---|
| HARRIS LAW FIRM, LLP, Nevada limited liability partnership, dba RICHARD HARRIS LAW FIRM,<br><br>Plaintiff(s),<br><br>-vs-<br><br>NAILA LYNN MARTINEZ, et al.,<br><br>Defendant(s), | CASE NO. A-17-762138-C<br>DEPT. NO. VI<br><br><br><br>**SUMMONS**<br>to Teamsters Local 631 Trust Funds |

NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**Teamsters Local 631 Trust Funds**
**700 N. Lamb Blvd.**
**Las Vegas, NV 89110**

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:
   (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint

Submitted by:

*Kristina Weller*
RICHARD HARRIS, ESQ.
Nevada Bar No. 505
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
*Attorneys for Plaintiff*

STEVEN D. GRIERSON
CLERK OF COURT

By: *[signature]*                              10/5/2017
DEPUTY CLERK                                   Date
Regional Justice Center
200 Lewis Avenue          Vivian Canela
Las Vegas, NV 89155

# EXHIBIT B – COMPLAINT IN INTERPLEADER

Electronically Filed
9/26/2017 5:46 PM
Steven D. Grierson
CLERK OF THE COURT

1  CII
RICHARD HARRIS, ESQ.
2  Nevada Bar No. 505
KRISTINA R. WELLER, ESQ.
3  Nevada Bar No.: 007975
**RICHARD HARRIS LAW FIRM**
4  801 South Fourth Street
Las Vegas, Nevada 89101
5  Telephone: (702) 444-4444
Facsimile: (702) 444-4455
6  Email: Kristina@richardharrislaw.com
*Attorneys for Plaintiff*

DISTRICT COURT
CLARK COUNTY, NEVADA

HARRIS LAW FIRM, LLP, Nevada limited liability partnership, dba RICHARD HARRIS LAW FIRM,

Plaintiffs,

vs.

NAILA LYNN MARTINEZ, an individual; A & M CHIROPRACTIC WELLNESS CENTER, LLC, a Nevada limited liability company; AARGON AGENCY, INC., a Nevada corporation dba AARGON COLLECTION AGENCY; APEX MEDICAL CENTER, a Nevada corporation; CANYON MEDICAL BILLING, LLC, a Nevada limited liability company; ANDREW M. CASH, M.D., P.C., a Nevada Professional Corporation dba DESERT INSTITUTE OF SPINE CARE; ELLIS, BANDT, BIRKIN, KOLLINS, & WONG, PROF. CORP., a Nevada Professional Corporation dba DESERT RADIOLOGISTS; ENRICO FAZZINI, M.D., an individual; DANIEL L. BURKHEAD, M.D., LTD., a Nevada corporation dba INNOVATIVE PAIN CARE CENTER; WOODWARD AVE., LLC, a Nevada limited liability company dba INNOVATIVE PROCEDURAL AND SURGICAL CENTER;; LAS VEGAS PHARMACY, INC. a Nevada corporation; MD SPINE SOLUTIONS, LLC, a California limited liability company dba MD LABS; PLUSFOUR, INC., a Nevada corporation; RAXO DRUGS, INC., a Nevada corporation; SHADOW EMERGENCY PHYSICIANS, PLLC, a Nevada professional limited liability company; SMART ASSET INVESTMENTS, LLC, a Nevada limited liability company; VALLEY HEALTH SYSTEM, LLC, a Delaware limited liability company dba SPRING VALLEY HOSPITAL MEDICAL CENTER; TEAMSTERS LOCAL 631 TRUST FUNDS, an unknown entity; THEODORE M. THORP M.D., PROF CORP., a Nevada Professional Corporation; MATTHEW G. ROACH, D.C., PROF. CORP, a Nevada corporation dba WESTON CHIROPRACTIC; WILLIAM S. MUIR, M.D., LTD., a Nevada corporation dba WILLIAM MUIR, MD SPINE SURGERY; and DOES I through X, inclusive,

Defendants.

CASE NO.: A-17-762138-C
DEPT NO.: Department 6

**COMPLAINT IN INTERPLEADER**

*Exempt from Arbitration*
*ADR Rule 3A: Equitable Relief*

Page 1 of 7

Plaintiff, RICHARD HARRIS LAW FIRM, alleges as follows:

1. Plaintiff, HARRIS LAW FIRM, LLP, is a Nevada limited liability partnership, licensed and doing business in the County of Clark, State of Nevada as RICHARD HARRIS LAW FIRM.

2. Upon information and belief, Defendant, NAILA LYNN MARTINEZ, is an individual and is now, and at all times mentioned in this Complaint, a resident of the State of Nevada, County of Clark.

3. Upon information and belief, Defendant, A & M CHIROPRACTIC WELLNESS CENTER, LLC, is a Nevada limited liability company, duly licensed and doing business in the County of Clark, State of Nevada.

4. Upon information and belief, Defendant, AARGON AGENCY, INC., is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada as AARGON COLLECTION AGENCY.

5. Upon information and belief, Defendant, APEX MEDICAL CENTER, is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada.

6. Upon information and belief, Defendant, CANYON MEDICAL BILLING, LLC, is a Nevada limited liability company, duly licensed and doing business in the County of Clark, State of Nevada.

7. Upon information and belief, Defendant, ANDREW M. CASH, M.D., P.C., is a Nevada professional corporation duly licensed and doing business in the County of Clark, State of Nevada as DESERT INSTITUTE OF SPINE CARE.

8. Upon information and belief, Defendant, ELLIS, BANDT, BIRKIN, KOLLINS, & WONG, PROF. CORP., is a Nevada professional corporation duly licensed and doing business in the County of Clark, State of Nevada as DESERT RADIOLOGISTS.

9. Upon information and belief, Defendant, ENRICO FAZZINI, M.D., is an individual and is now, and at all times mentioned in this Complaint, a resident of the State of Nevada, County of Clark.

. . .

10. Upon information and belief, Defendant, DANIEL L. BURKHEAD, M.D., LTD., is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada as INNOVATIVE PAIN CARE CENTER.

11. Upon information and belief, Defendant, WOODWARD AVE., LLC, is a Nevada limited liability company duly licensed and doing business in the County of Clark, State of Nevada as INNOVATIVE PROCEDURAL AND SURGICAL CENTER.

12. Upon information and belief, Defendant, LAS VEGAS PHARMACY, INC., is a Nevada corporation, duly licensed and doing business in the County of Clark, State of Nevada.

13. Upon information and belief, Defendant, MD SPINE SOLUTIONS, LLC, is a California limited liability company duly licensed and doing business in County of Clark, State of Nevada as MD LABS.

14. Upon information and belief, Defendant, PLUSFOUR, INC., is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada.

15. Upon information and belief, Defendant, RAXO DRUGS, INC., is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada.

16. Upon information and belief, SHADOW EMERGENCY PHYSICIANS, PLLC, is a Nevada professional limited liability company duly licensed and doing business in County of Clark, State of Nevada.

17. Upon information and belief, Defendant, SMART ASSET INVESTMENTS, LLC, is a Nevada limited liability company duly licensed and doing business in the County of Clark, State of Nevada.

18. Upon information and belief, Defendant, VALLEY HEALTH SYSTEM, LLC, is a Delaware limited liability company duly licensed and doing business in County of Clark, State of Nevada as SPRING VALLEY HOSPITAL MEDICAL CENTER.

19. Upon information and belief, Defendant, TEAMSTERS LOCAL 631 TRUST FUNDS, is an unknown entity doing business in State of New Jersey.

. . .

. . .

20. Upon information and belief, Defendant, THEODORE M. THORP M.D., PROF CORP., is a Nevada professional corporation duly licensed and doing business in the County of Clark, State of Nevada.

21. Upon information and belief, Defendant, MATTHEW G. ROACH, D.C., PROF. CORP., is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada as WESTON CHIROPRACTIC.

22. Upon information and belief, Defendant, WILLIAM S. MUIR, M.D., LTD., is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada as WILLIAM MUIR, MD SPINE SURGERY.

23. The true names of DOES I through X, their citizenship and capacities, whether individual, corporate associate, partnership or otherwise, are unknown to Plaintiff who therefore sue these Defendants by such fictitious names. Plaintiff is informed and believes, and thereupon alleges, that each of the Defendants designated herein as DOES have some lien, claim or right to the settlement funds herein referred to.

24. Upon information and belief, Defendant, Naila Lynn Martinez, was represented by Plaintiff for personal injury claims in relation to an accident that occurred in Clark County, Nevada on or about January 11, 2013. Plaintiff's representation of Defendant, Naila Lynn Martinez, required various attorney's tasks including accumulating medical and other records; analyzing those records; successfully negotiating settlement agreements and collecting the settlement monies; filing a complaint and now filing an interpleader action to ask this Court to distribute those monies.

25. Defendant, Naila Lynn Martinez's personal injury action was settled for a non-confidential amount of $50,000. This amount was the negotiated settlement amount for Defendant, Naila Lynn Martinez' injuries against the third party tortfeasor, and Plaintiff was the attorney of record.

. . .

. . .

. . .

26. Upon information and belief, Defendant Medical Providers have claims and liens against the settlement as follows:

| | | |
|---|---|---:|
| a. | Neck and Back Clinic | 14,455.00 |
| b. | A & M Chiropractic Welness Center, LLC | 570.00 |
| c. | Aargon Agency, Inc. dba Aargon Collection Agency | Unknown |
| d. | Apex Medical Center | 4,209.00 |
| e. | Canyon Medical Billing, LLC | 4,950.00 |
| f. | Andrew M. Cash, M.D., P.C. dba Desert Institute of Spine Care | 1,375.00 |
| g. | Ellis, Bandt, Birkin, Kollins, & Wong, Prof. Corp. dba Desert Radiologists | 503.08 |
| h. | Enrico Fazzini, M.D. | 6,938.30 |
| i. | Daniel L. Burkhead, M.D., Ltd. dba Innovative Pain Care Center | 9,025.00 |
| j. | Daniel L. Burkhead, M.D., Ltd. dba Innovative Procedural and Surgical Center | 6,938.30 |
| k. | Las Vegas Pharmacy, Inc. | 1,157.10 |
| l. | MD Spine Solutions, LLC dba MD Labs | 1,194.00 |
| m. | Raxo Drugs, Inc. | 599.20 |
| n. | Shadow Emergency Physicians, PLLC | 1,318.00 |
| o. | Smart Asset Investments, LLC | 16,454.58 |
| p. | Valley Health System LLC dba Spring Valley Hospital Medical Center | 16,300.00 |
| q. | Teamsters Local 631 Trust Funds | 13,033.48 |
| r. | Theodore M. Thorp M.D., Prof Corp. | 7,244.00 |
| s. | Matthew G. Roach, D.C., Prof. Corp. dba Weston Chiropractic | 605.00 |
| t. | William S. Muir, M.D., Ltd. dba William Muir, MD Spine Surgery | 420.00 |
| u. | Plusfour, Inc. | Unknown |
| | **Total Liens** | **$92,834.04** |

27. Plaintiff paid in excess of $7,685.00 in litigation costs and will incur additional costs in the future as a result of this action.

28. By Retainer Agreement, Naila Lynn Martinez has agreed to pay a contingency fee from the settlement monies to Plaintiff at the rate of 40% for the total sum of $20,000 as and for attorney's fees, plus costs.

29. Defendants do, or may assert multiple, conflicting claims to the above-described monies in an amount in excess of the limits recovered.

30. The foregoing claims of Defendants are conflicting, and Plaintiff is unable to determine which of the respective claims is valid or to whom, if anyone, the money may be paid without risking double or multiple liability.

31. The claims and debts asserted by lienholders are disputed, excessive, invalid and/or not related to the subject interpleader funds.

32. Plaintiff has incurred and will incur costs and attorney fees in connection with these proceedings.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1. That Plaintiff be allowed its attorney's fees and costs pursuant to its perfected attorney's lien.

2. The Plaintiff be allowed its costs incurred in filing and prosecuting this interpleader action.

3. That the Defendants be ordered to interplead and litigate their claims to the above-described money;

4. That judgment be entered precluding the Defendants from any recovery whatsoever regarding the charges incurred as a result of the subject incident which gave rise to the instant Complaint in Interpleader;

5. That the Defendants be restrained, until further order of this court, from instituting or further prosecuting any other proceeding against Plaintiff or the injured party in any court affecting the rights and obligations between the parties to this action;

6. That all debts owed to the Defendants shall be discharged in full from the interplead funds;

7. That all amounts owed to any Defendants shall be discharged as well and neither Plaintiff nor the injured party shall be obligated to pay Defendants any amount for treatment related to the underlying claim;

8. That Plaintiff be permitted to litigate its claim to the above described money or liability to all of the named and un-named Defendants, DOES I through X, and be otherwise discharged from all liability to all Defendants with respect to the above described money;

. . .

. . .

9. Plaintiff be awarded costs and reasonable attorney fees to be determined by the court; and

10. Other relief the court deems just and proper.

Dated: September 26, 2017.

RICHARD HARRIS LAW FIRM

*Kristina Weller*
KRISTINA R. WELLER, ESQ.