# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARRIS LAW FIRM, LLP, | Case No. 2:17-cv-02827-MMD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 15) |
| NAILA LYNN MARTINEZ, et al., | |
| Defendant(s). | |

Pending before the Court is a motion for a scheduling conference, Docket No. 15, which is hereby **GRANTED**. A scheduling conference is hereby **SET** for 10:00 a.m. on January 4, 2018, in Courtroom 3B.

IT IS SO ORDERED.

DATED: November 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge