1   KRISTINA R. WELLER, ESQ.
    Nevada Bar No.: 007975
2   DIMOPOULOS INJURY LAW
    6830 S. Rainbow Blvd., Suite 200
3   Las Vegas, NV 89118
    O: (702) 800-6000; F: (702) 224-2114
4   kw@stevedimopoulos.com

5   RICHARD HARRIS, ESQ.
    Nevada Bar No. 505
6   **RICHARD HARRIS LAW FIRM**
    801 South Fourth Street
7   Las Vegas, Nevada 89101
    Telephone: (702) 444-4444; Facsimile:  (702) 444-4455
8   *Attorneys for Plaintiff*

9

                    **UNITED STATES DISTRICT COURT**
10                      **DISTRICT OF NEVADA**

11  HARRIS LAW FIRM, LLP, Nevada limited liability
    partnership, dba RICHARD HARRIS LAW FIRM,          CASE NO.: 2:17-cv-02827
12
                                                        (Clark County District Court
13              Plaintiffs,                             Case No. A-17-762138-C)

14  vs.

15  NAILA LYNN MARTINEZ, an individual; n
    individual; A&M CHIROPRACTIC WELLNESS
16  CENTER, LLC, a Nevada limited liability company,
    AARGON AGENCY, INC., a Nevada corporation dba
17  AARGON COLLECTION AGENCY; APEX
    MEDICAL CENTER, a Nevada corporation;
18  CANYON MEDICAL BILLING, LLC, a Nevada
    limited liability company; ANDREW M. CASH,
19  M.D., P.C., a Nevada Professional Corporation dba
    DESERT INSTITUTE OF SPINE CARE; ELLIS,
20  BANDT, BIRKIN, KOLLINS, & WONG, PROF.
    CORP., a Nevada Professional Corporation dba
21  DESERT RADIOLOGISTS; ENRICO FAZZINI,          **JOINT STATUS REPORT**
    M.D., an individual; DANIEL L. BURKHEAD, M.D.,
22  LTD., a Nevada corporation dba INNOVATIVE PAIN
    CARE CENTER; WOODWARD AVE., LLC, a
23  Nevada limited liability company dba INNOVATIVE
    PROCEDURAL AND SURGICAL CENTER; LAS
24  VEGAS PHARMACY, INC. a Nevada corporation;
    MD SPINE SOLUTIONS, LLC, a California limited
25  liability company dba MD LABS; PLUSFOUR, INC.,
    a Nevada corporation; RAXO DRUGS, INC., a
26  Nevada corporation; SHADOW EMERGENCY
    PHYSICIANS, PLLC, a Nevada professional limited
27  liability company; SMART ASSET INVESTMENTS,
    LLC, a Nevada limited liability company; VALLEY
28  HEALTH SYSTEM, LLC, a Delaware limited liability
    company dba SPRING VALLEY HOSPITAL

DIMOPOULOS
INJURY LAW

6830 S. Rainbow Blvd. #200 ● Las Vegas, NV 89118 ● Phone: 702.800.6000 ● Fax: 702.224.2114

MEDICAL CENTER; TEAMSTERS LOCAL 631
TRUST FUNDS, an unknown entity; THEODORE M.
THORP M.D., PROF CORP., a Nevada Professional
Corporation; MATTHEW G. ROACH, D.C., PROF.
CORP, a Nevada corporation dba WESTON
CHIROPRACTIC; WILLIAM S. MUIR, M.D., LTD.,
a Nevada corporation dba WILLIAM MUIR, MD
SPINE SURGERY; and DOES I through X, inclusive

Defendants.

Pursuant to the Minute Order filed on November 9, 2017, Defendant Teamsters Local 631 Security Fund for Southern Nevada (incorrectly named as the Teamsters Local 631 Trust Funds) by and through its counsel of record, Defendant Canyon Medical Billing, LLC, by and through its counsel of record, and Plaintiff, Harris Law Firm LLP doing business as Richard Harris Law Firm by and through its counsel of record, hereby submit this Joint Status Report of the above-entitled action.

1.     Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of the court.

Response: This is an interpleader action.  There is a scheduling conference set for January 4, 2018.  Plaintiff is still finalizing the service of process on all the parties.  There are not any pending motions or other matters which require the attention of the Court.

///

///

///

///

///

///

///

///

///

///

///

///

2.       Include a statement by counsel of action required to taken by this court.

Response: There is not any action required to be taken by the Court.

DIMOPOULOS INJURY LAW                          BROWNSTEIN HYATT FARBER
                                               SCHRECK, LLP

_Kristina Weller_

_____                       /s/ Adam P. Segal
Kristina R. Weller, Esq.                       _____
Nevada Bar No. 007975                          Adam P. Segal, Esq.
Richard Harris, Esq.                           Nevada Bar No. 6120
Nevada Bar No. 505                             Bryce C. Loveland, Esq.
*Co-Counsel for Plaintiff Harris Law*          Nevada Bar No. 10132
*Firm LLP dba Richard Harris Law Firm*         *Attorneys for Defendant Teamsters Local 631*
RICHARD HARRIS LAW FIRM                        *Security Fund for Southern Nevada*


CANYON MEDICAL BILLING


_____/s/ Marisa Guarino_____
MARISA C. GUARINO, ESQ.
Nevada Bar No. 005975
*Attorney for Canyon Medical Billing*