# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HARRIS LAW FIRM, LLP, | Case No. 2:17-cv-02827-MMD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 37) |
| NAILA LYNN MARTINEZ, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to reschedule the Local Rule 22-1 scheduling conference.[1] Docket No. 37. On November 27, 2017, the Court granted Plaintiff's motion for a scheduling conference and set the conference for January 4, 2018, at 10:00 a.m. Docket No. 17; *see also* Docket No. 15 (motion for scheduling conference). In the instant motion to reschedule, Plaintiff requests a time later in the day on January 4, 2018, because, "due to the holidays," the attorney handling the matter "has three hearings set for the same morning in the Eight Judicial District Court." Docket No. 37 at 1, 4. Although Plaintiff has been aware of the scheduling conference for over a month and requests a rescheduling within one week of the conference, as a one-time courtesy to Plaintiff, the Court **GRANTS** the motion to reschedule the scheduling conference. Docket No. 37.

---

[1] Plaintiff improperly refers to the scheduling conference as a "LR 22-2 scheduling conference." Docket No. 37. Pursuant to the 2016 amendments to the Local Rules, there is no longer a LR 22-2 scheduling conference. *See* Local Rule 22-1.

1 | The scheduling conference is hereby rescheduled for 1:00 p.m. on January 4, 2018, in Courtroom 3B.
2 | IT IS SO ORDERED.
3 | DATED: December 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge