# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARRIS LAW FIRM, LLP, <br><br> Plaintiff(s), <br><br> v. <br><br> NAILA LYNN MARTINEZ, et al., <br><br> Defendant(s). | Case No. 2:17-cv-02827-MMD-NJK <br><br> ORDER |

The parties were ordered to file a status report by February 19, 2018. *See* Docket No. 40. The parties failed to do so and, instead, filed a status report on March 19, 2018. Docket No. 47.[1] The Court hereby **ORDERS** the parties to file a status report by May 3, 2018, and every 45 days thereafter. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

DATED: March 20, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This is not the first violation of an order in this case, as numerous attorneys failed to appear for the scheduling conference. *Compare* Docket Nos. 17, 39 *with* Docket No. 40. Attorneys appearing in interpleader cases are not exempt from complying with Court orders, and they are expected to strictly comply with all orders moving forward.