1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11   HARRIS LAW FIRM, LLP,

12             Plaintiff(s),

13   v.

14   NAILA LYNN MARTINEZ, et al.,

15             Defendant(s).

Case No.: 2:17-cv-02827-MMD-NJK

**Order**

[Docket No. 50]

16          This is an interpleader action. *See* Docket No. 1-2. Pending before the Court is a status

17   report indicating that four defendants have answered, four have disclaimed interest, and the rest

18   have failed to respond to the complaint in a timely manner. Docket No. 50. The Court **ORDERS**

19   that motions for default be filed with respect to that last group by May 10, 2018, and that motions

20   for default judgment be filed within 14 days of the issuance of any default.[1] The Court further

21   **SETS** a hearing for 10:00 a.m. on May 16, 2018, in Courtroom 3A. **Counsel for Plaintiff,**

22   **Canyon Medical Billing, Enrico Fazzini, Smart Asset Investments, and Teamsters Local 631**

23   **Trust Funds shall attend that hearing**, and shall be prepared to discuss whether discovery is

24   necessary and the schedule that should be entered to move this case forward to completion.

25

26          [1] Plaintiff previously represented that the motions for default would be filed on April 2,
     2018. Docket No. 47 at 2. No such motions were filed. On April 5, 2018, Plaintiff filed a notice
27   of intent to take default, indicating motions for default would be filed on April 13, 2018. Docket
     No. 49 at 2. No such motions were filed. This case has effectively had no activity advancing the
28   litigation since January 18, 2018. *See* Docket No. 43.

**Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: May 3, 2018

_____
Nancy J. Koppe
United States Magistrate Judge