KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975
DIMOPOULOS INJURY LAW
6830 S. Rainbow Blvd.., Suite 200
Las Vegas, NV 89118
O: (702) 800-6000; F: (702) 224-2114
kw@stevedimopoulos.com

RICHARD HARRIS, ESQ.
Nevada Bar No. 505
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444; Facsimile: (702) 444-4455
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| HARRIS LAW FIRM, LLP, Nevada limited liability partnership, dba RICHARD HARRIS LAW FIRM,<br><br>Plaintiff,<br><br>vs.<br><br>NAILA LYNN MARTINEZ, et al.<br><br>Defendants. | CASE NO.: 2:17-cv-02827<br>DEPT NO.:<br><br><br><br>**DEFAULT JUDGMENT** |

This matter having come regularly before the Court for review upon the application of Plaintiff, the Court having examined the application, and having reviewed the file, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff, HARRIS LAW FIRM, LLP, Nevada limited liability partnership, dba RICHARD HARRIS LAW FIRM, and against the following Defaulted Defendants:

| **DEFENDANT** | **DEFAULT DATE** |
|---|---|
| A & M Chiropractic Welness Center, LLC | 5/18/2018 |
| Andrew M. Cash, M.D., P.C. dba Desert Institute of Spine Care | 5/18/2018 |
| Apex Medical Center | 5/18/2018 |
| Ellis, Bandt, Birkin, Kollins, & Wong, Prof. Corp. dba Desert Radiologists | 5/18/2018 |
| Las Vegas Pharmacy, Inc. | 5/11/2018 |
| MD Spine Solutions, LLC dba MD Labs | 5/18/2018 |
| Naila Lynn Martinez | 5/18/2018 |

| Plusfour, Inc. | 5/11/2018 |
| Raxo Drugs, Inc. | 5/11/2018 |
| Shadow Emergency Physicians, PLLC | 5/11/2018 |
| Valley Health System LLC dba Spring Valley Hospital Medical Center | 5/11/2018 |

IT IS FURTHER ORDERED that this judgment precludes the Defaulted Defendants from any recovery whatsoever regarding the charges incurred as a result of the subject incident which gave rise to the instant Complaint in Interpleader.

IT IS FURTHER ORDERED that each of the Defaulted Defendants be restrained, until further order of this court, from instituting or further prosecuting any other proceeding against Naila Lynn Martinez in any court affecting the rights and obligations between the parties to this action.

IT IS FURTHER ORDERED that all debts owed to the Defaulted Defendants shall be discharged in full.

IT IS FURTHER ORDERED that all amounts owed to any Defaulted Defendants shall be discharged as well and Naila Lynn Martinez shall not be obligated to pay them any monies for treatment related to the underlying claim.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

IT IS FURTHERED ORDERED, ADJUDGED AND DECREED that pursuant to FRCP 54(b), this Default Judgment is a final judgment against the Defaulted Defendants:

| **Defendant** | **Default Date** |
|---|---|
| A & M Chiropractic Welness Center, LLC | 5/18/2018 |
| Andrew M. Cash, M.D., P.C. dba Desert Institute of Spine Care | 5/18/2018 |
| Apex Medical Center | 5/18/2018 |
| Ellis, Bandt, Birkin, Kollins, & Wong, Prof. Corp. dba Desert Radiologists | 5/18/2018 |
| Las Vegas Pharmacy, Inc. | 5/11/2018 |
| MD Spine Solutions, LLC dba MD Labs | 5/18/2018 |
| Naila Lynn Martinez | 5/18/2018 |
| Plusfour, Inc. | 5/11/2018 |
| Raxo Drugs, Inc. | 5/11/2018 |
| Shadow Emergency Physicians, PLLC | 5/11/2018 |
| Valley Health System LLC dba Spring Valley Hospital Medical Center | 5/11/2018 |

Dated: July 2, 2018

U.S. DISTRICT COURT JUDGE

Submitted by:

DIMOPOULOS INJURY LAW

KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975
*Attorneys for Plaintiff*