STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975
DIMOPOULOS INJURY LAW
6830 S. Rainbow Blvd.., Suite 200
Las Vegas, NV 89118
O: (702) 800-6000
F: (702) 224-2114
kw@stevedimopoulos.com

RICHARD HARRIS, ESQ.
Nevada Bar No. 505
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRIS LAW FIRM, LLP, Nevada limited liability partnership, dba RICHARD HARRIS LAW FIRM,<br><br>Plaintiffs,<br><br>vs.<br><br>NAILA LYNN MARTINEZ, an individual; A & M CHIROPRACTIC WELLNESS CENTER, LLC, a Nevada limited liability company; AARGON AGENCY, INC., a Nevada corporation dba AARGON COLLECTION AGENCY; APEX MEDICAL CENTER, a Nevada corporation; CANYON MEDICAL BILLING, LLC, a Nevada limited liability company; ANDREW M. CASH, M.D., P.C., a Nevada Professional Corporation dba DESERT INSTITUTE OF SPINE CARE; ELLIS, BANDT, BIRKIN, KOLLINS, & WONG, PROF. CORP., a Nevada Professional Corporation dba DESERT RADIOLOGISTS; ENRICO FAZZINI, M.D., an individual; DANIEL L. BURKHEAD, M.D., LTD., a Nevada corporation dba INNOVATIVE PAIN CARE CENTER; WOODWARD AVE., LLC, a Nevada limited liability company dba INNOVATIVE PROCEDURAL AND SURGICAL CENTER;; LAS VEGAS PHARMACY, INC. a Nevada corporation; MD SPINE SOLUTIONS, LLC, a California limited liability company dba MD LABS; PLUSFOUR, INC., a Nevada corporation; RAXO DRUGS, INC., a | CASE NO.: 2:17-cv-02827<br><br>**STIPULATION AND ORDER FOR DISBURSEMENT AND DISMISSAL** |

Stipulation and Order for Disbursement and Dismissal
*Harris Law Firm v. Martinez, et al.,* 2:17-cv-02827
Page 1 of 6

Nevada corporation; SHADOW EMERGENCY PHYSICIANS, PLLC, a Nevada professional limited liability company; SMART ASSET INVESTMENTS, LLC, a Nevada limited liability company; VALLEY HEALTH SYSTEM, LLC, a Delaware limited liability company dba SPRING VALLEY HOSPITAL MEDICAL CENTER; TEAMSTERS LOCAL 631 TRUST FUNDS, an unknown entity; THEODORE M. THORP M.D., PROF CORP., a Nevada Professional Corporation; MATTHEW G. ROACH, D.C., PROF. CORP, a Nevada corporation dba WESTON CHIROPRACTIC; WILLIAM S. MUIR, M.D., LTD., a Nevada corporation dba WILLIAM MUIR, MD SPINE SURGERY; and DOES I through X, inclusive,

Defendants.

Upon information and belief, Plaintiff has properly served all Defendants with the Complaint for Interpleader. The table below contains the Defendants to this litigation and their status in the case:

| Party Name | Answer Date | Default Date | Disclaimer Date |
|---|---|---|---|
| A & M Chiropractic Welness Center, LLC | | 5/18/2018 | |
| Aargon Agency, Inc. dba Aargon Collection Agency | | | 10/10/2017 |
| Andrew M. Cash, M.D., P.C. dba Desert Institute of Spine Care | | 5/18/2018 | |
| Apex Medical Center | | 5/18/2018 | |
| Canyon Medical Billing, LLC | 10/10/2017 | | |
| Daniel L. Burkhead, M.D., Ltd. dba Innovative Pain Care Center | 5/17/2018 | | |
| Ellis, Bandt, Birkin, Kollins, & Wong, Prof. Corp. dba Desert Radiologists | | 5/18/2018 | |
| Enrico Fazzini, M.D. | 11/13/2017 | | |
| Las Vegas Pharmacy, Inc. | | 5/18/2018 | |
| Matthew G. Roach, D.C., Prof. Corp. dba Weston Chiropractic | | | 10/12/2017 |
| MD Spine Solutions, LLC dba MD Labs | | 5/18/2018 | |
| Naila Lynn Martinez | | 5/18/2018 | |
| Plusfour, Inc. | | 5/11/2018 | |
| Raxo Drugs, Inc. | | 5/11/2018 | |
| Shadow Emergency Physicians, PLLC | | 5/11/2018 | |
| Smart Asset Investments, LLC | 1/18/2018 | | |
| Teamsters Local 631 Trust Funds | 1/11/2018 | | |
| Theodore M. Thorp M.D., Prof Corp. | | | 10/11/2017 |
| Valley Health System LLC dba Spring Valley Hospital Medical Center | | 5/11/2018 | |

| William S. Muir, M.D., Ltd. dba William Muir, MD Spine Surgery | | | 10/11/2017 |
|---|---|---|---|
| Woodward Ave., LLC dba Innovative Procedural and Surgical Center | 5/17/2018 | | |

Therefore, Plaintiff, by and through its undersigned counsel, and Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that all answering Defendants who have timely answered the Complaint in Interpleader have valid liens against recovery of **Naila Lynn Martinez** as follows:

| Canyon Medical Billing, LLC | 4,950.00 |
|---|---|
| Enrico Fazzini, M.D. | 6,938.30 |
| Daniel L. Burkhead, M.D., Ltd. dba Innovative Pain Care Center | 3,433.56 |
| Woodward Ave., LLC dba Innovative Procedural and Surgical Center | 32,000.00 |
| Smart Asset Investments, LLC | 17,961.76 |
| Teamsters Local 631 Trust Funds | 13,033.48 |
| **TOTAL** | **$78,317.10** |

IT IS FURTHER STIPULATED AND AGREED that Attorney's fees be awarded to Plaintiff at the contracted rate of 40% of $50,000 in the amount of $20,000.

IT IS FURTHER STIPULATED AND AGREED that costs be awarded to Plaintiff in the amount of $7,685 for costs incurred in the underlying case.

IT IS FURTHER STIPULATED AND AGREED that Teamsters Local 631 Trust Funds will be paid $11,000.

IT IS FURTHER STIPULATED AND AGREED that the remaining $11,315 be disbursed to the Defendants on a pro-rata basis based upon the following formula:

| Settlement Funds Available | 50,000 |
|---|---|
| *Minus Attorney Fees/Costs:* | - 27,685 |
| Teamsters Local 631 Trust Funds | - 11,000 |
| **Available Funds:** | **$11,315.00(y)** |
| | |
| Canyon Medical Billing, LLC | 4,950.00 |
| Enrico Fazzini, M.D. | 6,938.30 |
| Daniel L. Burkhead, M.D., Ltd. dba Innovative Pain Care Center | 3,433.56 |
| Woodward Ave., LLC dba Innovative Procedural and Surgical Center | 32,000.00 |
| Smart Asset Investments, LLC | 17,961.76 |
| **Total Liens** | **$65,283.62 (a)** |

Stipulation and Order for Disbursement and Dismissal
*Harris Law Firm v. Martinez, et al.,* 2:17-cv-02827
Page 3 of 6

| Provider | Lien Amount | % = lien amount ÷ (a) | pro-rata amount = % × (y) |
|---|---|---|---|
| Canyon Medical Billing, LLC | 4,950.00 | 7.5823% | 857.94 |
| Enrico Fazzini, M.D. | 6,938.30 | 10.6279% | 1,202.55 |
| Daniel L. Burkhead, M.D., Ltd. dba Innovative Pain Care Center | 3,433.56 | 5.2595% | 595.11 |
| Woodward Ave., LLC dba Innovative Procedural and Surgical Center | 32,000.00 | 49.0169% | 5,546.26 |
| Smart Asset Investments, LLC | 17,961.76 | 27.51134% | 3,113.14 |
| **Disbursement:** | **$78,317.10** | **100.00%** | **$11,315.00** |

IT IS FURTHER STIPULATED AND AGREED that the remaining $11,315 will be disbursed as follows:

| Provider | Disbursement |
|---|---|
| Canyon Medical Billing, LLC | 857.94 |
| Enrico Fazzini, M.D. | 1,202.55 |
| Daniel L. Burkhead, M.D., Ltd. dba Innovative Pain Care Center | 595.11 |
| Woodward Ave., LLC dba Innovative Procedural and Surgical Center | 5,546.26 |
| Smart Asset Investments, LLC | 3,113.14 |
| **Total** | **$11,315.00** |

IT IS FURTHER STIPULATED AND AGREED that the providers are not prevented from pursuing Naila Lynn Martinez for the balance of their respective bills.

IT IS FURTHER STIPULATED AND AGREED that pursuant to FRCP 54(b), this is a final judgment against the following parties:

| |
|---|
| HARRIS LAW FIRM, LLP, Nevada limited liability partnership, dba RICHARD HARRIS LAW FIRM |
| Canyon Medical Billing, LLC |
| Enrico Fazzini, M.D. |
| Daniel L. Burkhead, M.D., Ltd. dba Innovative Pain Care Center |
| Woodward Ave., LLC dba Innovative Procedural and Surgical Center |
| Smart Asset Investments, LLC |
| Teamsters Local 631 Trust Funds |

. . .

. . .

. . .

. . .

. . .

Stipulation and Order for Disbursement and Dismissal
*Harris Law Firm v. Martinez, et al.,* 2:17-cv-02827
Page 4 of 6

IT IS FURTHER STIPULATED AND AGREED that this matter may be dismissed with prejudice.

| DIMOPOULOS INJURY LAW | LEVINE GARFINKEL & ECKERSLEY |
|---|---|
|     /s/ Kristina Weller      7/2/18<br>KRISTINA WELLER, ESQ.  Dated<br>Nevada Bar No.: 007975<br>kw@stevedimopoulos.com<br>*Attorneys for Plaintiff* |     /s/ Louis Garfinkel      7/2/18<br>LOUIS E. GARFINKEL, ESQ.  Dated<br>Nevada Bar No. 3416<br>*Attorneys for Smart Asset Investments, LLC., Innovative Procedural and Surgical Center & Innovative Pain Care Center* |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | CANYON MEDICAL BILLING |
|     /s Bryce Loveland      7/2/18<br>Bryce C. Loveland  Dated<br>Nevada Bar No. 6120<br>Adam P. Segal<br>Nevada Bar NO. 10132<br>bcloveland@bhfs.com<br>asegal@bhfs.com<br>*Attorney for Teamsters Local 631 Trust Funds* |     /s/ Marisa Stearns      7/2/18<br>MARISA G. STEARNS, ESQ.  Dated<br>Nevada Bar No. 005975<br>*Attorney for Canyon Medical Billing* |
| MARQUIS AURBACH COFFING | |
|     /s/ Jonathan Lee      7/2/18<br>Terry A. Coffing, Esq.  Dated<br>Nevada Bar No. 4949<br>Jonathan B. Lee, Esq.<br>Nevada Bar No. 13524<br>tcoffing@maclaw.com<br>jbl@maclaw.com<br>*Attorney for Enrico Fazzini, M.D.* | |

**ORDER**

This matter having been stipulated to by the parties, through their respective counsel, and the Court being otherwise duly advised;

IT IS HEREBY ORDERED that the $50,000 settlement shall be disbursed as follows:

| | |
|---|---|
| HARRIS LAW FIRM, LLP, Nevada limited liability partnership, dba RICHARD HARRIS LAW FIRM, for fees | 20,000.00 |
| HARRIS LAW FIRM, LLP, Nevada limited liability partnership, dba RICHARD HARRIS LAW FIRM, for costs | 7,685.00 |
| Canyon Medical Billing, LLC | 857.94 |

Stipulation and Order for Disbursement and Dismissal
*Harris Law Firm v. Martinez, et al.,* 2:17-cv-02827
Page 5 of 6

| | |
|---|---|
| Enrico Fazzini, M.D. | 1,202.55 |
| Daniel L. Burkhead, M.D., Ltd. dba Innovative Pain Care Center | 595.11 |
| Woodward Ave., LLC dba Innovative Procedural and Surgical Center | 5,546.26 |
| Smart Asset Investments, LLC | 3,113.14 |
| Teamsters Local 631 Trust Funds | 11,000.00 |
| **TOTAL** | **$50,000.00** |

IT IS FURTHER ORDERED that the providers are not prevented from pursuing Naila Lynn Martinez for the balance of their respective bills.

IT IS FURTHERED ORDERED, ADJUDGED AND DECREED that pursuant to FRCP 54(b), this Stipulation and Order is a final judgment against the following parties:

| |
|---|
| HARRIS LAW FIRM, LLP, Nevada limited liability partnership, dba RICHARD HARRIS LAW FIRM |
| Canyon Medical Billing, LLC |
| Enrico Fazzini, M.D. |
| Daniel L. Burkhead, M.D., Ltd. dba Innovative Pain Care Center |
| Woodward Ave., LLC dba Innovative Procedural and Surgical Center |
| Smart Asset Investments, LLC |
| Teamsters Local 631 Trust Funds |

IT IS FURTHER ORDERED that this matter may be dismissed with prejudice.

DATED: July 2, 2018

_____
DISTRICT JUDGE

Submitted by:
DIMOPOULOS INJURY LAW


_____
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975

Stipulation and Order for Disbursement and Dismissal
*Harris Law Firm v. Martinez, et al.,* 2:17-cv-02827
Page 6 of 6